IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

C. H. ROBINSON COMPANY and
C. H. ROBINSON WORLDWIDE, INC.                      PLAINTIFFS

    vs.            CASE No. 03-MC-00018

MEDCO, INC.                                          DEFENDANT

### **ORDER**

Now on this 6th day of March, 2006, there comes on for hearing the Plaintiffs' Motion for Inquiry Hearing (#71-1). After hearing statements from counsel, the Court, being well and sufficiently advised in the premises, directs the Plaintiffs to meet with Chapter 7 Trustee Terry Lee and to pursue all other avenues and to only petition this Court if further issues need to be addressed by this Court.

IT IS SO ORDERED.

/S/ *Robert T. Dawson*
    Robert T. Dawson
    United States District Judge

AO72A
(Rev. 8/82)